# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY | ) | |
| Plaintiff, | ) ) ) | No. 16 CV 8324 |
| v. | ) ) | Judge Gettleman |
| GLOBAL, LLC | ) ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's claims with prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **GLEN ELLYN PHARMACY, INC.** | **GLOBAL, LLC** |
| s/*Dulijaza Clark* | s/*Bart T. Murphy* (with permission) |
| By one of its attorneys | By one of its attorneys |
| Dulijaza (Julie) Clark | Bart T. Murphy |
| Edelman, Combs, Latturner & Goodwin LLC | Ice Miller, LLP |
| 20 S. Clark St., Suite 1500 | 2300 Cabot Dr., Ste. 455 |
| Chicago, IL 60603 | Lisle, IL 60532 |
| 312-739-4200 | |

1

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 6, 2017, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service by email to all counsel of record.

                                                        *s/ Dulijaza Clark*
                                                        Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)