IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Glen Ellyn Pharmacy | ) | Case No: **16 C 8324** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Global, LLC | ) | |

### **ORDER**

Defendant Global's motion to substitute counsel is granted. Bart T. Murphy is allowed to substitute as counsel for defendant. Thomas J. Manganello is given leave to withdraw.
On stipulation, pursuant to FRCP 41(a), plaintiff's claims are dismissed with prejudice and without costs.

Date: January 9, 2017

ROBERT W. GETTLEMAN